IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| BETTY BANEY, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 07-3395-CV-S-DW |
| CARGILL, INC., | ) ) ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is the parties' Joint Notice and Stipulation of Voluntary Dismissal with Prejudice. (Doc. 18). Pursuant to the Stipulation, this case is DISMISSED WITH PREJUDICE with each party to bear its own costs, disbursements and attorneys' fees. The Clerk of the Court shall mark this case as CLOSED.

Dated:   April 17, 2008   .        /s/ Dean Whipple
                                    **DEAN WHIPPLE**
                                    **UNITED STATES DISTRICT JUDGE**